[NOT FOR PUBLICATION]

United States Court of Appeals
For the First Circuit


No. 97-1246

UNITED STATES,

Appellee,

v.

YESID F. JIMENEZ-MARTINEZ,
A/K/A FERNANDO,

Defendant - Appellant.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Nathaniel M. Gorton, U.S. District Judge] 



Before

Torruella, Chief Judge, 

Coffin, Senior Circuit Judge, 

and Boudin, Circuit Judge.  



Lenore Glaser, by appointment of the Court, with whom Stern, 
Shapiro, Weissberg & Garin was on brief for appellant. 
Michael J. Pelgro, Assistant United States Attorney, with 
whom Donald K. Stern, United States Attorney, was on brief for 
appellee.



September 19, 1997


Per Curiam. After due consideration of the record, Per Curiam. 

briefs, and arguments from counsel in this case, we affirm the

sentencing determination of the district court.

Affirmed. Affirmed. 

-2-